**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-2397**

DARYL SMITH,

                                      Plaintiff - Appellant,

        versus

MARYLAND  STATE  POLICE;  DAVID  B.  MITCHELL,
Secretary of the Department of State Police;
E. J. KRICKLER; HECTOR VENTO,

                                      Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-02-1716-WMN)

Submitted:  March 6, 2003          Decided:  March 13, 2003

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daryl Smith, Appellant Pro Se.   Hugh Scott Curtis, Assistant
Attorney General, Pikesville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daryl Smith appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons state by the district court. See Smith v. Maryland State Police, No. CA-02-1716-WMN (D. Md. Oct. 8 and Dec. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED